152 N.W.2d 308 (1967)
STATE of Minnesota ex rel. Charles L. INGHAM, Appellant,
v.
Ralph H. TAHASH, Warden, Minnesota State Prison, Respondent.
No. 40546.
Supreme Court of Minnesota.
July 14, 1967.
C. Paul Jones, Public Defender, Ronald L. Haskvitz, Asst. Public Defender, Minneapolis, for appellant.
Douglas M. Head, Atty. Gen., David C. Weinberg, Asst. Atty. Gen., Gerard W. Snell, Acting Sol. Gen., St. Paul., for respondent.

OPINION
PER CURIAM.
Reversed and remanded in accordance with our decisions in State ex rel. Roy v. Tahash, Minn., 152 N.W.2d 301, and State ex rel Cable v. Tahash, Minn., 152 N.W.2d 308, filed herewith.